KURT MULLER, an Infant, by GEORGE MULLER, His Guardian ad Litem, Respondent, v. FRANK HETTERICH, Defendant, and J. M. HORTON ICE CREAM COMPANY, Appellant. (Appeal No. 5.) — Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

FRANCIS E. O'CALLAGHAN, Respondent, v. LOUIS FISHMAN, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EVELYN AXELSEN, Appellant.— Judgment of conviction of the County Court of Kings county and orders affirmed. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY NICCHIE (LILLIAN NICCHIA), Appellant.— Judgment of the County Court of Kings county, affirming judgment of conviction of the Magistrate's Court, affirmed, upon authority of *People ex rel. Westbay* v. *Delaney* (146 App. Div. 957), affirming an order dismissing a writ of habeas corpus. (73 Misc. Rep. 5.) The court is also of opinion that the statute in question (Laws of 1894, chap. 115, as amd. by Laws of 1895, chap. 412, and Laws of 1902, chap. 495) is valid within the decision in *Fox* v. *Mohawk & Hudson River Humane Society* (165 N. Y. 517), and that it avoids the defects of the statute involved in that case as pointed out by the Court of Appeals. Jenks, P. J., Thomas, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ROSE, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on the Complaint of GERTRUDE McCARTY, Respondent, v. JOHN SKIDMORE, Appellant.— Order of filiation of the Court of Special Sessions affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

LOUISE SCHMIDT, Appellant, v. CHARLES E. SCHMIDT, Respondent.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

WILLIAM L. TOMPKINS and Another, etc., Respondents, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs, on authority of *Higginson* v. *City of New York* (181 App. Div. 367), decided herewith. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.